[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 02, 2010
JOHN LEY
CLERK

No. 10-10578
Non-Argument Calendar
_____

D.C. Docket No. 8:09-cr-00349-JSM-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PASCUAL GARNICA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 2, 2010)

Before BARKETT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Daniel L. Castillo, appointed counsel for Pascual Garnica in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Garnica's conviction and sentence under Count One are **AFFIRMED**.